# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORMAN MARCEL PETE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-199** |
| **JASON WILLIAMS, ET AL** | **SECTION: "D" (4)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation,[1] and finding that as of this date Plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Norman Marcel Pete's § 1983 claims against Defendants District Attorney Jason R. Williams, the Orleans Parish Attorney's Office, and unidentified parties be **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915 (e)(2).

**IT IS FURTHER ORDERED** that due to the dismissal under 28 U.S.C. § 1915(e)(2) against all Defendants that District Attorney Jason R. Williams's **Rule 12(b)(6) Motion to Dismiss**[2] be **DENIED** as **MOOT**.

New Orleans, Louisiana, this 5th day of December, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 17.
[2] R. Doc. 11.